**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ASHLEY BEACHUM,

     Plaintiff,

v.                                                                    Case No. 8:26-mc-21-WFJ-SPF

INTERNAL REVENUE SERVICE,

     Defendant.

_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Refiled Petition to Quash IRS Third-Party Subpoenas (Dkt. 8).  The United States Magistrate Judge issued a report recommending that the motion be denied and the petition be dismissed.  Dkt. 9.  The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).  The Magistrate Judge found that the District Court lacks subject matter jurisdiction.  The thorough report explains why this proceeding to quash IRS summonses directed to third parties fails based on noncompliance with strict service requirements.  As the Magistrate Judge further articulated, even assuming service was proper, the face of the petition invokes an exception to the United States' sovereign immunity waiver as the summonses were issued as party of the IRS's

criminal investigation into Plaintiff's tax liability. After conducting an independent examination of the file, the Court agrees with the well-reasoned Report and Recommendation and rules as follows:

1. The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's construed motion to quash the IRS Summonses (Dkt. 8) is denied.

3. Plaintiff's Refiled Petition to Quash (Dkt. 8) is dismissed.

4. The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, on July 10, 2026.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*

2